# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Roger Dale Evetts ) | |
| and Krista Kay Evetts ) | CASE NO. 16-22804-KL |
| ) | |
| Debtor(s). ) | |
| ) | |

## ORDER APPROVING JOINT MOTION
## TO MODIFY SECURED DEBT: MORTGAGE

Come now MTGLQ Investors, LP (hereafter "Creditor") and Roger Dale Evetts and Krista Kay Evetts (hereafter "Debtors"), each by counsel, and having filed their Joint Motion to Modify Secured Debt: Mortgage,

And the Court being duly advised in the same hereby ORDERS, ADJUDGES, AND DECREES that the Loan Modification is Approved and Creditor is permitted to record said Agreement.

SO ORDERED this _____    _____

Judge, United States Bankruptcy Court